UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                                        Case No. 10-12265-BKC-RBR

FEDERICO MAURICIO BARRERA                CHAPTER 7
and ELIZA ROBLES BARRERA,

      Debtor.
_____/

## NOTICE OF APPEARANCE

The law firm of Kozyak Tropin & Throckmorton, P.A., hereby files its notice of appearance as counsel on behalf of Capital City Bank. Copies of all pleadings, notices and orders should be sent to the undersigned.

Respectfully submitted,

KOZYAK TROPIN & THROCKMORTON, P.A.
Counsel for Capital City Bank
2525 Ponce de Leon, 9th Floor
Coral Gables, FL 33134
Tel: (305) 372-1800
Fax.: (305) 372-3508
E-mail: cwt@kttlaw.com

By:  /s/ Charles W. Throckmorton
    Charles W. Throckmorton
    Fla. Bar No. 286192

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served (i) via the Court's CM/ECF notification to those parties who are registered CM/ECF participants in this case on this 4th day of February, 2010.

By:  /s/Charles W. Throckmorton
    Charles W. Throckmorton